742

## Dougherty Appeal.

Before BROWN, J.

Argued September 9, 1974. *George Gershenfeld,* for appellant; *Marshall A. Bernstein,* with him *Bernstein, Bernstein & Harrison,* for appellee.

Decree affirmed.

## Dus et al., Appellants, *v.* Sokoloff et al.

Argued September 12, 1974. *Gerald P. Ginley,* with him *O'Halloran, Stack, Smith & Ginley,* for appellants; *Norman H. Abrahamson,* for appellees.

Judgment affirmed.

## East Lampeter Township *v.* Stillman et al., Appellants.

Before BUCHER, J.

Argued September 10, 1974. *John A. O'Brien,* with him *Stein, Storb, Mann and O'Brien,* for appellants; *Charles B. Grove, Jr.,* with him *May, Grove, Stork & Blakinger,* for appellee.

Order affirmed.